# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154080

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DALE ALLEN BETLEM,
          Defendant-Appellant.

SC:  154080
COA:  324787
Chippewa CC:  13-001286-FH

_____/

      On order of the Court, the application for leave to appeal the May 17, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017



Clerk

s1212